JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 4 2007

FILED
CLERK'S OFFICE

DOCKET NO. 1596

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

CA07-686

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-89)

On April 14, 2004, the Panel transferred six civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 314 F.Supp.2d 1380 (J.P.M.L. 2004). Since that time, 1,596 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jack B. Weinstein.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Weinstein.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of April 14, 2004, and, with the consent of that court, assigned to the Honorable Jack B. Weinstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 2 2 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

# SCHEDULE CTO-89 - TAG-ALONG ACTIONS
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA SOUTHERN** | |
| ALS 1 07-235 | Issac Williams, Jr. v. Eli Lilly & Co. |
| **CALIFORNIA SOUTHERN** | |
| CAS 3 07-685 | Anita Freeman v. Eli Lilly & Co., et al. |
| **DISTRICT OF COLUMBIA** | |
| DC 1 07-686 | Anna Ankrah, et al. v. Eli Lilly & Co. |
| **FLORIDA SOUTHERN** | |
| FLS 1 07-20889 | Linette Bellamy, et al. v. Eli Lilly & Co. |
| **MARYLAND** | |
| MD 1 07-878 | Walter Eisner, et al. v. Eli Lilly & Co. |
| **MINNESOTA** | |
| MN 0 07-2050 | Errol Saunders, et al. v. Eli Lilly & Co. |
| **MISSISSIPPI NORTHERN** | |
| MSN 4 07-50 | Bobbie Modley, et al. v. Eli Lilly & Co. |